# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TINA CARRILLO,<br><br>   Plaintiff,<br><br>  v.<br><br>SALINAS UNION HIGH SCHOOL DISTRICT,<br><br>   Defendant. | Case No. 17-cv-02759 NC<br><br>**ORDER OF CONDITIONAL DISMISSAL**<br><br>Re: Dkt. 32 |

  The Court having been notified of the settlement of this action, and it appearing that no issue remains for the Court's determination,

  IT IS HEREBY ORDERED THAT this action and all claims asserted herein are DISMISSED with prejudice. In the event that the settlement is not reached, any party may move to reopen the case, provided that such motion is filed within thirty days. All scheduled dates are VACATED.

  IT IS SO ORDERED.

  Dated: February 1, 2018

                _____
                Nathanael M. Cousins
                United States Magistrate Judge